**Isadore BRILL, Trustee in Bankruptcy for Phillip's Television and Appliances, Inc., Appellant,**

v.

**COHEN & MILLER ADVERTISING, Inc., Washington Times-Herald, Inc., Appellees.**

**No. 12385.**

United States Court of Appeals, District of Columbia Circuit.

Argued Feb. 11, 1955.

Decided Feb. 24, 1955.

Writ of Certiorari Denied June 6, 1955.
See 75 S.Ct. 885.

Mr. Leon M. Shinberg; Washington, D. C., for appellant.

Mr. Marc A. White, Washington, D. C., with whom Mr. James R. Sharp, Washington, D. C., was on the brief, for appellee Cohen & Miller Advertising, Inc.

No appearance for appellee Washington Times-Herald, Inc.

Before EDGERTON, PRETTYMAN and BAZELON, Circuit Judges.

PER CURIAM.

The sole issue is whether the evidence is sufficient to support the findings of fact upon which the trial court concluded that the payment to appellee Cohen & Miller Advertising, Inc. "constituted a preference but not a voidable preference under the Bankruptcy Act [11 U.S.C.A. § 1 et seq.]." Since we think the evidence is sufficient, the judgment below is

Affirmed.